AMERACE CORPORATION v. JOHNSON MACHINERY CO., INC.

February 18, 1981.

Petition for certification denied.

PATERSON TALLOW CO., INC.

v.

ROYAL GLOBE INSURANCE COMPANIES.

February 18, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. JOSEPH BONTEMPO.

February 23, 1981.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF ROBERT E. SINDERBRAND, M. D., TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

February 23, 1981.

Petition for certification denied.